Filing # 106624069 E-Filed 04/23/2020 02:14:44 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>KATERINE GARCIA</u>
Plaintiff
vs.
<u>COSTCO WHOLESALE CORP.</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>150,000</u>

**III.   TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☒ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
- ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)



EXHIBIT A

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.   REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

**V.   NUMBER OF CAUSES OF ACTION:**
(Specify)

1

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Andres Montero
                  Attorney or party
FL Bar No.: 965618
             (Bar number, if attorney)
             Andres Montero
             (Type or print name)
   Date:   04/23/2020

Filing # 106624069 E-Filed 04/23/2020 02:14:44 PM

|  |  |
|---|---|
| KATERINE GARCIA | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
|  | GENERAL JURISDICTION DIVISION |
|  | CASE NO.: |

KATERINE GARCIA

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
a Foreign Profit Corporation

    Defendant.
_____/

## *COMPLAINT*

The Plaintiff, KATERINE GARCIA by and through the undersigned counsel, and pursuant to the *Florida Rules of Civil Procedure, Rule 1.100* hereby files this Complaint against Defendant, COSTCO WHOLESALE CORPORATION (hereinafter after referred as "COSTCO"), and in support of her allegation herein states as follows:

### *JURISDICTION*

1. Subject matter jurisdiction resides within this Court. This civil action is for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

### *VENUE*

2. This is the appropriate venue for this action. Defendant, COSTCO, is a Foreign Profit Corporation authorized to, and doing business in Miami-Dade County, Florida. Additionally, the cause of action (i.e. slip/trip/fall) occurred in Miami-Dade County, Florida.

3. In compliance with *Florida Rule of Civil Procedure 1.120(c)*, all conditions precedent to the filing of this lawsuit have been performed, occurred, waived, or otherwise satisfied.

## STATEMENT OF FACTS

4. Defendant, COSTCO, owns, operates and manages a warehouse retail store located at 7795 West Flagler Street, Miami, Florida 33144.

5. On or about August 25, 2019, the Plaintiff, KATERINE GARCIA was a lawful guest and patron at the COSTCO, on the aforesaid premises.

4. At all material times hereto, Defendant, COSTCO, was in possession and in control of the premises.

5. At all times material hereto, the servants, agents, and/or employees of Defendant, COSTCO, were acting within the course and scope of their employment.

6. On or about August 25, 2019, the Plaintiff, KATERINE GARCIA, while shopping at Costco, slipped and fell in a puddle of water located on the floor in the clothing aisle of the premises.

7. At all times material hereto, the Defendant COSTCO, did negligently and carelessly maintain the subject premises, so as to leave water on the floor whereas the Plaintiff, a legal invitee thereon, slipped and fell causing her to suffer serious and permanent injuries.

## NEGLIGENCE

8. Plaintiff, KATERINE GARCIA re-alleges the allegations in paragraphs 1 through 7.

9. Defendant, COSTCO, owed a duty to the Plaintiff, KATERINE GARCIA to properly maintain the subject premises in a safe condition.

10. The Defendant, COSTCO breached said duty by committing one or more of the following negligent acts of commission and/or omission:

    a. The Defendant created a dangerous and defective condition by negligently and carelessly allowing water to remain on the floor of the premises that caused Plaintiff to slip and fall and suffer serious injuries.

    b. The Defendant knew, or in the exercise of reasonable care should have known of the dangerous and defective condition on the property.

    c. The Defendant failed to warn the Plaintiff of the dangerous and defective condition or, in the alternative, allowed said condition to remain for a sufficient period of time in which a reasonable inspection would have disclosed the same.

11. As a direct and proximate result of Defendant's negligence, Plaintiff, KATERINE GARCIA was injured in and about her body and extremities and/or suffered damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, loss of capacity for the enjoyment of life and to be sustained in the future, incurred medical expense in the care and treatment of her injuries, suffered loss of earnings and impairment of his future working ability. The injuries are permanent and continuing in nature.

*DEMAND FOR JURY TRIAL*

The Plaintiff, KATERINE GARCIA demands judgment for damages against Defendant, COSTCO, in accordance with Rule 1.430 of the *Florida Rules of Civil Procedure,* hereby demands a trial by jury of all issues as triable as a right by jury.

DATED THIS 23rd DAY OF APRIL 2020.

                                          LAW OFFICES OF
                                          SUAREZ & MONTERO
                                          Attorneys for Plaintiff
                                          351 N.W. LeJeune Road, Suite 202
                                          Miami, Florida 33126
                                          Telephone: (305) 723-1000
                                          Facsimile: (305) 631-9990
                                          Primary Email: amontero@suarezmontero.com
                                          Secondary Email: pleadings@suarezmontero.com

                                 By: */s/ Andres G. Montero*
                                       Andres G. Montero, Esq.
                                       Florida Bar No. 965618

Filing # 106624069 E-Filed 04/23/2020 02:14:44 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

KATERINE GARCIA

CASE NO.:

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
a Foreign Profit Corporation

Defendant.
_____/

### NOTICE OF PLAINTIFF'S FILING FIRST SET OF INTERROGATORIES TO DEFENDANT COSTCO WHOLESALE CORPORATION.

The Plaintiff, KATERINE GARCIA, by and through her undersigned counsel, and pursuant to *Florida Rule of Civil Procedure 1.340,* hereby files this First Set of Interrogatories directed to Defendant, COSTCO WHOLESALE CORPORATION.

I HEREBY CERTIFY that a true and correct copy of the First Set of Interrogatories was attached and served upon the Defendant together with the Complaint.

DATED this 23rd day of April 2020.

LAW OFFICES OF
SUAREZ & MONTERO
Attorneys for Plaintiff
351 N.W. LeJeune Road, Suite 202
Miami, Florida 33126
Telephone: (305) 723-1000
Primary Email: amontero@suarezmontero.com
Secondary Email: pleadings@suarezmontero.com

By: */s/ Andres G. Montero*
Andres G. Montero, Esq.
Florida Bar No. 985618

Filing # 106624069 E-Filed 04/23/2020 02:14:44 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

KATERINE GARCIA                                    CASE NO.:

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
a Foreign Profit Corporation

    Defendant.
_____/

### NOTICE OF PLAINTIFF'S FILING FIRST REQUEST FOR PRODUCTION TO DEFENDANT COSTCO WHOLESALE CORPORATION

The Plaintiff, KATERINE GARCIA, by and through her undersigned counsel, and pursuant to *Florida Rules of Civil Procedure* 1.340 hereby files this Request to Produce directed to Defendant, COSTCO WHOLESALE CORPORATION.

I HEREBY CERTIFY that a true and correct copy of the First Request for Production was attached and served upon the Defendant together with the Complaint.

DATED this 23rd day of April 2020.

                                                  LAW OFFICES OF
                                                  SUAREZ & MONTERO
                                                  Attorneys for Plaintiff
                                                  351 N.W. LeJeune Road, Suite 202
                                                  Miami, Florida 33126
                                                  Telephone: (305) 723-1000
                                                  Primary Email: amontero@suarezmontero
                                                  Secondary Email: pleadings@suarezmontero.com

                                       By: */s/ Andres G. Montero*
                                          Andres G. Montero, Esq.
                                          Florida Bar No. 985618

Filing # 107653535 E-Filed 05/19/2020 09:17:52 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

KATERINE GARCIA

CASE NO.: 2c-8951

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
a Foreign Profit Corporation

DATE 5/25/20 TIME 12:28P

Defendant.

INITIAL CC    BADGE# 1487

_____/

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on:

    COSTCO WHOLESALE CORPORATION in accordance with Section 48.081, *Florida Statutes:*

    A.    First, on the President or Vice President or other head of the corporation; and if not there, then;
    B.    On the Cashier, Treasurer, Secretary, or General Manager; and if not there then;
    C.    On any office or business agent residing in the State of Florida; and if not there, then;
    D.    Because COSTCO WHOLESALE CORPORATION is a Foreign Profit Corporation, authorized to and doing business in the State of Florida, on any of its agents transacting business for it, in the State of Florida.

**By Serving its Registered Agent:**

**CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324**

Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

    **Andres G. Montero, Esq.
    Law Offices of Suarez & Montero
    351 N.W. Le Jeune Road, Suite 202
    Miami, Florida 33126**

Telephone: (305) 723-1000
Facsimile: (305) 631-9990

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want to court to hear your side of the case. If you do not file your response on time, you may lost the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guiá telefónica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante).

### IMPORTANT

Des poursuites judicares ont ete enterprises contre vous. Vous aves 20 jours consecutifs a partir de la date de lassignation de cette citation pour deposer une response ecrete a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour cous proteger. Vous etes obilge de deposer votre response ecrite, acec mention du numero de souhaitez que le tribunal entedre votre cause. Si vous ne requez de perdre la cause ainsi qu votre saiaire, votre argent, et vous biens peuvent etre saisis par la suite, sans aucun preavis ulterleur de tribunal. Il y a dautres obligations juridiques et vous pouvez requerir les services immediats dun avocat. Si vous ne connaissez pas davocat, vous pourriez telephoner a un service de reference davocats ou a un bureau d=assistance juridique (figurant a lannualre de telephones).

Si vous cholsissez de deposer vous -meme une response escrite, il vous faudra egalement, en meme temps que cette formalitte, falre parvenir ou expedier une copie de votre reponse ecrite au Plaintiff/Plaintiff Attorney Andres G. Montero, Esquire, 351 N. W. LeJeune Road, Suite 202, Miami, Florida 33126, telephone number 305-723-1000 nommr ci-dessous.

DATED on ___5/26/2020___, 2020.

HARVEY RUVIN
As Clerk of the Circuit Court

By: _____
      As Deputy Clerk

 **CT Corporation**

**Service of Process Transmittal**
05/29/2020
CT Log Number 537723292

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Florida**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KATERINE GARCIA, PLTF. vs. COSTCO WHOLESALE CORPORATION, ETC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020008951CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/29/2020 at 12:26 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/29/2020, Expected Purge Date: 06/13/2020 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / CM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.